United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WEIQING YAN,

Plaintiff,

v.

EQUAAN D. SMITH, et al.,

Defendants.

Case No. 26-cv-07754-JD

**ORDER REMANDING CASE**

This unlawful detainer action was removed twice before by pro se defendant Ruslan Vdovicenco and was remanded both times. *See* Case No. 25-6481-JD, Dkt. No. 23; Case No. 25-9993-LJC, Dkt. No. 20. This third removal attempt is not supported by any new grounds. Instead, the notice of removal filed in this case is substantively identical to the notice of removal that was filed in the prior cases. *Compare* Dkt. No. 1, *with* Case No. 25-6481-JD, Dkt. No. 1.

As discussed in the prior orders, there is no basis for federal subject matter jurisdiction here. *See, e.g.,* Case No. 25-6481-JD, Dkt. No. 23. The case is remanded to the Alameda County Superior Court pursuant to 28 U.S.C. § 1447(c).

Attorney's fees were not requested and consequently are not awarded. *See* Dkt. No. 5; *see also* 8 U.S.C. § 1447(c). If Vdovicenco attempts another effort at removal of the same claims, he must file a motion to relate the new case to this one pursuant to Civil Local Rule 3-12. Vdovicenco is advised that further meritless removal petitions will result in an award of attorney's fees and costs to the plaintiff, and may result in a pre-filing screening order entered against him. The hearings set for September 10, 2026, are vacated, and all pending motions are terminated as moot. The case is closed. No further filings other than a notice of related case will be accepted.

**IT IS SO ORDERED.**

Dated: September 8, 2026

JAMES DONATO
United States District Judge